UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CITY OF POMPANO BEACH GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SYNOVUS FINANCIAL CORP., RICHARD E. ANTHONY, FREDERICK L. GREEN, III, THOMAS J. PRESCOTT, and MARK G. HOLLADAY,<br><br>　　　　　　　Defendants. | Civil Action No. 1:09-cv-01811-JOF<br><br><u>CLASS ACTION</u><br><br><br><br>**STIPULATION AND PROPOSED BRIEFING SCHEDULING ORDER** |

　　IT IS HEREBY STIPULATED, subject to approval by the Court, by and between undersigned counsel for Plaintiff City Of Pompano Beach General Employees' Retirement System ("Plaintiff") and Defendants Synovus Financial Corp., Richard E. Anthony, Frederick L. Green, III, Thomas J. Prescott, and Mark G. Holladay (collectively, the "Synovus Defendants"), as follows:

- 2 -

1. This is a putative securities class action brought against the Synovus Defendants for alleged violations of the Securities Exchange Act of 1934 ("Complaint");

2. The Synovus Defendants have agreed to accept service of the Complaint and hereby affirmatively preserve all defenses and objections thereto;

3. This action is governed by the Private Securities Litigation Reform Act ("PSLRA"), which requires the Court to appoint a lead plaintiff and approve lead plaintiff's selection of lead counsel;

4. In the event there are no competing motions for appointment of lead plaintiff, in the interest of time and efficiency, the parties agree to contact the Court for entry of an Order appointing lead plaintiff and approving lead plaintiff's selection of lead counsel;

5. Upon entry of an Order appointing lead plaintiff and approving lead plaintiff's selection of lead counsel ("Lead Plaintiff Order"), lead plaintiff shall have 45 days from the date of the Lead Plaintiff Order within which to file and serve a Consolidated Complaint;

6. The Synovus Defendants shall have 45 days thereafter to respond to lead plaintiff's Consolidated Complaint;

- 3 -

7. In the event the Synovus Defendants move to dismiss the Consolidated Complaint, lead plaintiff shall have 45 days thereafter within which to file and serve any opposition to the Synovus Defendants' motion(s) to dismiss; and

8. The Synovus Defendants shall have 30 days thereafter within which to file and serve any reply in support of any motion(s) to dismiss;

9. All discovery-related deadlines under the Local Rules (including deadlines for conducting Rule 26(f) discovery planning conference, exchanging initial disclosures, and filing the Joint Preliminary Report and Discovery Plan) shall be stayed pending the outcome of the motion(s) to dismiss.

IT IS HEREBY ORDERED THAT the parties shall comply with the above stipulated briefing schedule.

SO ORDERED, this _____ day of _____, 2009.

_____
HONORABLE J. OWEN FORRESTER
United States District Court

DATED: August 18, 2009          COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                                JOHN C. HERMAN
                                (Georgia Bar No. 348370)


                                /s/ John C. Herman
                                JOHN C. HERMAN

                                Monarch Centre, Suite 1650
                                3424 Peachtree Road, N.E.
                                Atlanta, GA  30326
                                Telephone:  404/504-6500
                                404/504-6501 (fax)

                                COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                                PAUL J. GELLER
                                JACK REISE
                                STEPHEN R. ASTLEY
                                120 East Palmetto Park Road, Suite 500
                                Boca Raton, FL  33432
                                Telephone:  561/750-3000
                                561/750-3364 (fax)

                                COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                                DARREN J. ROBBINS
                                DAVID C. WALTON
                                655 West Broadway, Suite 1900
                                San Diego, CA  92101-3301
                                Telephone:  619/231-1058
                                619/231-7423 (fax)

        COHEN & RIND, P.A.
        RONALD J. COHEN
        8100 Oak Lane, Suite 403
        Miami Lakes, FL  33016
        Telephone:  305/823-1212
        305/823-7778 (fax)

        Attorneys for Plaintiff


        ALSTON & BIRD LLP
        JOHN L. LATHAM
        (Georgia Bar No. 438675)
        KELLY C. WILCOVE
        (Georgia Bar No. 185682)
        BRANDON R. WILLIAMS
        (Georgia Bar No. 760888)


        /s/ Kelly C. Wilcove

        1201 West Peachtree Street
        Atlanta, GA  30309-3424
        Telephone: 404/881-7000
        404/881-7777 (fax)

        Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| CITY OF POMPANO BEACH GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>SYNOVUS FINANCIAL CORP., RICHARD E. ANTHONY, FREDERICK L. GREEN, III, THOMAS J. PRESCOTT, and MARK G. HOLLADAY,<br><br>    Defendants. | Civil Action No. 1:09-cv-01811-JOF<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

  I hereby certify that on this date the foregoing Stipulation and Proposed Briefing Scheduling Order was filed electronically with the Clerk of Court and a copy of the foregoing was mailed via First Class Mail to the following:

John C. Herman
COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326

Paul J. Geller
Jack Reise
Stephen R. Astley
COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

- 1 -

- 2 -

Darren J. Robbins
David C. Walton
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301

Ronald J. Cohen
COHEN & RIND, P.A.
8100 Oak Lane, Suite 403
Miami Lakes, FL  33016

This 18th day of August, 2009.

/s/ Kelly C. Wilcove
Kelly C. Wilcove