UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| This Document Relates To: | Civil Action No. 1:09-cv-01811-JOF |
| Miller v. Anthony, et al.<br>Derivative Action<br>Civil Action No. 1:09-CV-3069 | |

**ORDER GRANTING STIPULATION
REGARDING SUMMARY FORM OF NOTICE OF SETTLEMENT
OF DERIVATIVE ACTION AND SETTLEMENT HEARING**

WHEREAS, the parties to the above-captioned derivative action (the "Settling Parties"), having applied for an Order to permit Synovus Financial Corp. ("Synovus" or the "Company") to satisfy its obligation, pursuant to the Court's January 8, 2013 Order Preliminary Approving Settlement, Approving Notice of Settlement, and Setting Schedule, to cause a copy of the Notice of Settlement of Derivative Action and Settlement Hearing (the "Notice"), attached hereto as Exhibit A, to be published once in *Investor's Business Daily*, by instead causing a copy of the Summary Notice of Settlement of Derivative Action and Settlement Hearing (the "Summary Notice"), attached hereto as Exhibit B, to be published

once in *Investor's Business Daily*, and all Settling Parties having consented to the entry of this Order,

**NOW, THEREFORE,** this 11th day of January, 2013, upon application of the parties, **IT IS HEREBY ORDERED** as follow:

1. Pursuant to the Court's Preliminary Approval Order, the Company has been directed to cause a copy of the Notice to be published once in *Investor's Business Daily*. For purposes of satisfying this obligation, the Company shall be authorized to cause a copy of the Summary Notice of Settlement of Derivative Action and Settlement Hearing (the "Summary Notice"), attached hereto as Exhibit B, to be published once in *Investor's Business Daily*.

It is so ORDERED this 11th day of January, 2013.

s/ J. Owen Forrester
J. Owen Forrester
Judge, United States District Court